tration, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL A. TELSEY, Respondent, v. CALVIN MORRIS CORPORATION and Others, Defendants, Impleaded with THE BOWERY SAVINGS BANK and TREVELYN REALTY CORPORATION, Appellants. (Action No. 1.) WALL YORK REALTY CORPORATION, Respondent, v. CALVIN MORRIS CORPORATION and Others, Defendants,Impleaded with TREVELYN REALTY CORPORATION and Others, Appellants. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JAMES J. V. FLEMING, Respondent, v. CHARLES SUTRO and Others, Appellants.— Order modified by disallowing items 19 and 20, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JAMES F. EGAN, Public Administrator of the County of New York, as Administrator of the Estate of ANTONIO COLOMBI, Deceased, Respondent, v. NEW YORK AND HARLEM RAILROAD COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents on the authority of Shaw v. Samley Realty Co., Inc. (201 App. Div. 433). The date for the examination to proceed to be fixed in the order. Settle order on notice.

FRANKLIN J. MATCHETTE, Respondent, v. HOTELS STATLER COMPANY, INC., and NEW YORK HOTEL STATLER COMPANY, INC., Appellants.— Order so far as appealed from modified to the extent of requiring plaintiff to omit from the amended complaint to be served pursuant to said order the allegations contained in paragraph 14 of the complaint, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to plaintiff to serve such amended complaint within ten days upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIUS O. BERMAN, Respondent, v. PAUL A. MOSESIAN & SON, INC., Appellant. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIUS O. BERMAN v. PAUL A. MOSESIAN & SON, INC., a Foreign Corporation.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIUS O. BERMAN v. PAUL A. MOSESIAN & SON, INC., a Foreign Corporation. — Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE WOODRUFF REALTY COMPANY v. ALUMOR GARAGE, INC., and Others, Impleaded with MORRIS M. FICHTER.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ROSE S. GELLER for an Order Directing MARK HENRY SCHNEIDER, an Attorney and Counselor at Law, to Turn over to Her the Sum of $550 Pursuant to His Agreement. ROSE S. GELLER — MARK HENRY SCHNEIDER.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

A. L. STADTHERR v. ELIZABETH C. STELLWAGEN GOULD.— Motion denied, with